UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 15-21741-dob |
| William Orville Cragg (xxx-xx-1291) | ) | |
| 2074 Mertz Rd. | ) | Chapter 13 |
| Caro, MI 48273 | ) | |
| Debtor | ) | Hon. Daniel Opperman |
| Michigan Industrial Construction, | ) | |
| Plaintiff / Creditor | ) | |
| | ) | Adv. Proc. No. 15-2117-dob |
| -vs- | ) | |
| | ) | Hon. Daniel Opperman |
| William Orville Cragg | ) | |
| Defendant / Debtor | ) | |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM FOR WHICH RELIEF CAN BE GRANTED PURSUANT TO F.R.C.P. 12(b)(6)

This matter having come before the Court upon the motion of the Defendant to dismiss the instant adversary proceeding for failure to state a claim upon which relief can be granted pursuant to F.R.C.P. 12(b)(6), a hearing having been held, and the Court having entered an Opinion regarding the Defendant's motion, and the court being otherwise advised in the premises and finding good cause for granting in part and denying in part the requested relief, now therefore:

IT IS ORDERED that the Defendant's Motion to Dismiss is granted as to the Plaintiff's claims and counts under 11 U.S.C. § 523(a)(6) and such claims are dismissed.

IT IS FURTHER ORDERED that, for the reasons stated in the Court's Opinion, the Defendant's Motion to Dismiss is denied as to the Plaintiff's claims under 11 U.S.C. §§ 523(a)(2) and (4).

.

**Signed on June 07, 2016**

                                      **/s/ Daniel S. Opperman**
                                      **Daniel S. Opperman**
                                      **United States Bankruptcy Judge**